# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▾

| | |
|---|---|
| WILD EYE DESIGNS, INC <br><br> *Plaintiff(s)* <br><br> v. <br><br> TONY THAI and PRIMEWARE, INC. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 15-cv-23093 -JAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PRIMEWARE, INC.
TONY THAI as Registered Agent for PRIMEWARE, INC.
7481 ANACONDA AVENUE
GARDEN GROVE, CA 92841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KIRSCH LAW FIRM
40 NE 1st AVENUE, SUITE 602
MIAMI, FL 33132
305.416.4051
ckirsch@kirschlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: August 19, 2015

*s/ Yvette Y. Alexander*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court