Case 1:15-cv-23093-JAL   Document 15-1   Entered on FLSD Docket 10/07/2015   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-23093-CIV-LENARD/GOODMAN

WILD EYE DESIGNS, INC. a Florida corporation,

    Plaintiff,

vs.

TONY THAI, an individual and PRIMEWARE, INC., a California corporation,

    Defendants.
_____/

JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | X | |
| 2. | Motions for Costs | X | |
| 3. | Motions for Attorney's Fees | X | |
| 4. | Motions for Sanctions or Contempt | X | |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | | X |
| 6. | Motions to Certify or Decertify Class | | X |
| 7. | Motions for Preliminary Injunction | | X |
| 8. | Motions for Summary Judgment | | X |
| 9. | Motions to Remand (in removal cases) | | X |
| 10. | All other Pre-Trial Motions | | X |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | | X |

11.10.15
(Date)

11/11/15
(Date)

Signature of [signed] Craig S. Kirsch
Counsel for Wild Eye Designs Inc

Signature of [signed] Robert H. Thornburg
Counsel for Tony Thai & Primeware Inc